**JEFFREY A. TENENBAUM**
TENENBAUM LAW FIRM
800 WEST 20TH STREET
MERCED, CALIFORNIA 95340
TELEPHONE (209) 384-3000
FACSIMILE (209) 384-3900
CALIFORNIA STATE BAR NUMBER 209769

**ATTORNEY FOR DEFENDANT,
WILLIAM HALSEY JOHNSON IV**

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM HALSEY JOHNSON IV ) <br>     Defendant ) <br> ) | Case Number:  6:17-mj-0012-MJS <br><br> **STIPULATION TO CONTINUE INITIAL APPEARANCE AND ORDER THEREON** <br><br> Courtroom:  U.S. District Court - Yosemite <br> Honorable Michael J. Seng |

    It is hereby stipulated by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant William Halsey Johnson IV, by and through his attorney of record, Jeffrey A. Tenenbaum, that the Initial Appearance in the above-captioned matter set for February 8, 2017 shall be continued to March 8, 2017 at 10:00am.

DATE: 02/02/17                                                       /s/ Susan St. Vincent
                                                                                Susan St. Vincent
                                                                                Acting Legal Officer
                                                                                Yosemite National Park

DATE: 02/02/17                                                               /s/ Jeffrey A. Tenenbaum
                                                                                Jeffrey A. Tenenbaum
                                                                                Attorney for Defendant
                                                                                William Halsey Johnson IV

# **ORDER**

The Court, having reviewed the above request to continue the Initial Appearance for William Halsey Johnson IV, in case number 6:17-mj-00012-MJS, HEREBY ORDERS AS FOLLOWS:

The Initial Appearance now set for February 8, 2017 is continued to March 8, 2017 at 10:00 am.

IT IS SO ORDERED.

Dated:   February 3, 2017          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE