# United States District Court
## Eastern District of California

FILED
MAR 16 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

**UNITED STATES OF AMERICA**

**FIRST AMENED CRIMINAL COMPLAINT**

V.

**WILLIAM HALSEY JOHNSON IV**

**DOCKET NUMBER:**
**6:17-mj-0012-MJS**

I, legal officer Susan St. Vincent, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, William Halsey JOHNSON IV, did violate:

**Count 1:** Operate a motor vehicle while under the influence of alcohol to a degree that rendered the operator incapable of safe operation, in violation of Title 36 Code of Federal Regulations §4.23(a)(1).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Operate a motor vehicle with a BAC greater than 0.08, in violation of Title 36 Code of Federal Regulations §4.23(a)(2).
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Fail to comply with the directions of a traffic control device, in violation of Title 36 Code of Federal Regulations §4.12.
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 4:** Speed, in violation of Title 36 Code of Federal Regulations §4.21
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 5:** Turn without signaling, in violation of Title 36 Code of Federal Regulations §4.2; California Vehicle Code §22107
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 6:** Driving recklessly upon a highway in willful or wanton disregard for the safety of persons or property where alcohol or drugs was a factor, in violation of Title 36 Code of Federal Regulations § 4.2, incorporating California Vehicle Code § 23103, pursuant to CVC § 23103.5
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state that I am the legal officer and that this complaint is based on the following facts and information supplied to me by National Park Service Law Enforcement Rangers.

On November 3, 2016 at approximately 6:17 p.m. Ranger Fey observed a white SUV traveling west on Northside Drive along Stoneman Meadow.   The white SUV appeared to be travelling at a speed greater than the posted 25 mph speed limit.   Ranger Fey activated his car's radar unit which indicated the vehicle was travelling 36 mph.   Ranger Fey turned his patrol vehicle around and observed the white SUV turn right onto Northside Drive along River Straight without using a right turn signal.   The SUV accelerated quickly after completing the right turn, and Ranger Fey caught up to the vehicle on Northside Drive along River Straight and again activated his car's radar unit which indicated the SUV was travelling 38 mph.   This area of Northside Drive is also a posted 25 mph zone.

Ranger Fey observed the white SUV slowed down only when it caught up to another vehicle traveling on Northside Drive.   The white SUV failed to stop at the posted stop sign or use a turn signal when it turned right at the intersection of Northside Drive and Village Drive.   Ranger Fey initiating a vehicle stop at the Village Garage, and contacted the driver identified as William Halsey JOHNSON IV.   At Ranger Fey's request the windows of the vehicle were lowered, and he detected the smell of metabolizing alcohol coming from the passenger compartment of the vehicle.   Ranger Fey observed JOHNSON had glossy red eyes and slurred speech.   JOHNSON struggled to follow Ranger Fey's directions and appeared unable to follow multiple instructions.

When asked by Ranger Fey if he had consumed any alcohol tonight JOHNSON hesitantly responded no and when asked again, JOHNSON advised yes.   Ranger Fey administered Standardized Field Sobriety Tests which resulted in multiple signs of intoxication.

Ranger Fey placed JOHNSON under arrest for driving while under the influence of alcohol and transported him to the Yosemite Holding Facility.

Speedy Trial Act Applies: **No**

U.S. v. William Halsey JOHNSON IV
First Amended Criminal Complaint

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

___3/14/17.___  
Date

___[signature]___  
Susan St. Vincent  
Legal Officer  
Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

___3/14/17___  
Date

___[signature]___  
Honorable Michael J. Seng  
U. S. Magistrate Judge  
Eastern District of California